UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  4:08cv517 - SPM/WCS

SUSAN KENNEDY,

        Defendant.
_____/

## CONSENT JUDGMENT

The parties, in person and by counsel, agree and stipulate as follows:

1. That the defendant, SUSAN KENNEDY, is subject to the jurisdiction of this Court. Defendant accepts service of process under Rule 4 of the Federal Rules of Civil Procedure and acknowledges actual receipt of the Complaint.

2. That this amount is a debt to the United States as defined by 20 U.S. C. 1071 et seq. for student loans guaranteed by the Department of Education.

3. That judgment should be entered against the defendant in the principal sum of $3,161.27, plus interest in the amount of $2,563.35 accrued through August 25, 2008, plus accruing interest at the annual rate of 9.00% as set forth in the Certificate of Indebtedness prepared by the Department of Education which is attached hereto and incorporated herein, plus costs of court in the sum of $350.00.

WHEREFORE, Judgment is entered against the defendant in the sum of $6,074.62 (principal $3,161.27; plus interest $2,563.35; costs of the court $350.00).

Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

THOMAS F. KIRWIN
Acting United States Attorney

*Susan Kennedy*
SUSAN KENNEDY
Defendant

*Paul A. Sprowls*
Paul Alan Sprowls
Assistant United States Attorney

APPROVED AND SO ORDERED:

3/2/09
Date

*Stephen P. Mickle*
STEPHEN P. MICKLE
United States District Judge

Copies to:

Paul Alan Sprowls
SUSAN KENNEDY